IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JONATHAN CORNELIUS GLENN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-088 |
| | ) | |
| KENNETH PRESSLEY, Senior Levy Officer, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the February 16, 2018 Report and Recommendation of the Magistrate Judge as its opinion, (doc. no. 15), **VACATES** the November 13, 2017 Report and Recommendation, (doc. no. 6), **DENIES AS MOOT** Plaintiff's motion for extension or voluntary dismissal, (doc. no. 11), **DISMISSES** Plaintiff's amended complaint for failure to state a claim, and **CLOSES** this civil action.

SO ORDERED this 9th day of March, 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA